UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEWELIO, et al., | CASE NO. C25-1568-KKE |
| Plaintiff(s), | ORDER TO SHOW CAUSE |
| v. | |
| AMAZON.COM, INC., | |
| Defendant(s). | |

On August 18, 2025, the Court notified Plaintiffs of errors in their application to proceed *in forma pauperis*, and instructed them to correct these errors no later than September 17, 2025. Dkt. No. 2. Plaintiffs did not cure the deficiencies or otherwise respond. Thus, the Court ORDERS Plaintiffs to show cause no later than October 24, 2025, why this action should not be dismissed without prejudice for failure to comply with a court order and/or failure to prosecute.

Dated this 26th day of September, 2025.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1