UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEWELIO, et al., | CASE NO. C25-1568-KKE |
| Plaintiff(s), | ORDER TO CLOSE CASE |
| v. | |
| AMAZON.COM, INC., | |
| Defendant(s). | |

Plaintiffs, proceeding pro se, filed a proposed complaint on August 16, 2025, without either paying the filing fee or fully completing an application to proceed in forma pauperis ("IFP"). Dkt. No. 1. The Court instructed Plaintiffs to submit a signed IFP application by September 17, 2025. Dkt. No. 2. When Plaintiffs did not comply, the Court issued an order instructing Plaintiffs to show cause no later than October 24, 2025, why this case should not be dismissed without prejudice. Dkt. No. 3. Plaintiffs did not respond.

Because Plaintiffs have failed to cure the filing deficiency in accordance with Court orders, the clerk is directed to close this case.

Dated this 3rd day of December, 2025.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER TO CLOSE CASE - 1